**Order filed June 14, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00326-CR
_____

**WILLIAM  MARK  RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1259408**

## ORDER

The clerk's record was filed May 5, 2016. Our review has determined that relevant items have been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 28, 2016**, containing: **the Court of Criminal Appeals opinion, judgment, and mandate relating to appellant's request for an out-of-time appeal.** If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM